1

2

3

4

5

6

7

8                                   IN THE UNITED STATES DISTRICT COURT

9                                        FOR THE DISTRICT OF ARIZONA

10

11   Lei Meng,                              )     No. CV 11-0096-PHX-DGC (ECV)
                                            )
12              Petitioner,                 )     **REPORT AND RECOMMENDATION**
                                            )
13   vs.                                    )
                                            )
14                                          )
     Eric Holder, et al.,                   )
15                                          )
                Respondents.                )
16                                          )
     _____    )
17

18   TO THE HONORABLE DAVID G. CAMPBELL, UNITED STATES DISTRICT JUDGE:

19          On January 13, 2011, Petitioner Lei Meng filed a *pro se* Petition for Writ of Habeas

20   Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) alleging that immigration officials are holding

21   him in detention pending his removal to the People's Republic of China, but that his removal

22   is not reasonably foreseeable.  Petitioner seeks an immediate release from custody on the

23   grounds that his indefinite detention is not authorized by law because there is no prospect

24   that he will be removed in the reasonably foreseeable future.  See Zadvydas v. Davis, 533

25   U.S. 678 (2001) (when there is no reasonable likelihood that a foreign government will

26   accept an alien's return in the reasonably foreseeable future, the INS may not detain the alien

27   for more than the presumptively reasonable period of six months).  In an Order (Doc. 6) filed

28

1   on March 9, 2011, the District Court Judge reviewed the petition and directed Respondents

2   to file an answer.

3   On March 30, 2011, Respondents filed a Response in Opposition to Petition for Writ

4   of Habeas Corpus (Doc. 15).  On April 19, 2011, counsel for Petitioner filed a Notice of

5   Entry of Appearance (Doc. 17) and, on the same day, filed a Reply to Respondents'

6   Response in Opposition to Petition for Writ of Habeas Corpus (Doc. 18) on Petitioner's

7   behalf.        Petitioner now seeks a dismissal of his habeas petition because he has received

8   the relief he requested.  Petitioner has filed a Motion to Dismiss Without Prejudice Petition

9   for Writ of Habeas Corpus (Doc. 20) in which he states that he was released from custody

10  on approximately May 31, 2011.  In light of this change in Petitioner's custody status, the

11  court will recommend that the motion to dismiss be granted and the habeas petition be

12  dismissed without prejudice.

13  **IT IS THEREFORE RECOMMENDED:**

14  That Petitioner's Motion to Dismiss Without Prejudice Petition for Writ of Habeas

15  Corpus (Doc. 20) be **GRANTED**; and

16  That the Petition for Writ of Habeas Corpus (Doc. 1) be **DISMISSED** without

17  prejudice.

18  This recommendation is not an order that is immediately appealable to the Ninth

19  Circuit Court of Appeals.  Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of

20  Appellate Procedure, should not be filed until entry of the district court's judgment.  The

21  parties shall have 14 days from the date of service of a copy of this recommendation within

22  which to file specific written objections with the Court.  See, 28 U.S.C. § 636(b)(1); Fed. R.

23  Civ. P. 6(a), 6(b) and 72.  Thereafter, the parties have 14 days within which to file a response

24  to the objections.  Failure to timely file objections to the Magistrate Judge's Report and

25  Recommendation may result in the acceptance of the Report and Recommendation by the

26  district court without further review.  See United States v. Reyna-Tapia, 328 F.3d 1114, 1121

27  (9th Cir. 2003).  Failure to timely file objections to any factual determinations of the

28  Magistrate Judge will be considered a waiver of a party's right to appellate review of the

1   findings of fact in an order of judgment entered pursuant to the Magistrate Judge's
2   recommendation.  See Fed. R. Civ. P. 72.

3        DATED this 16th day of June, 2011.

Edward C. Voss
United States Magistrate Judge