**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lei Meng,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Eric Holder, et al.,<br><br>　　　　　Respondents. | No. CV 11-0096-PHX-DGC (ECV)<br><br>**ORDER** |

Petitioner moved to dismiss the petition for habeas corpus without prejudice (Doc. 20), and Magistrate Judge Edward C. Voss entered a Report and Recommendation ("R&R") that the motion be granted (Doc. 21). No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and grant the motion to dismiss.

**IT IS ORDERED:**

1. The Magistrate Judge's R&R (Doc. 21) is **accepted**.
2. Petitioner's motion to dismiss (Doc. 20) is **granted**.

Dated this 18th day of July, 2011.

_____
David G. Campbell
United States District Judge